UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AMANDA DEMITRI,

                Plaintiff,

v.

JONATHAN ARDON, *et al.*,

                Defendants.

Case No. 2:17-cv-01310-MMD-CWH

ORDER

Defendant Jonathan Ardon ("Defendant") is seeking to remove this case on the basis of diversity jurisdiction. District courts have original jurisdiction over civil actions between citizens of different states and where the amount in controversy is greater than $75,000. 28 U.S.C. § 1332(a). Two of the defendants in this action—Western Automotive Group LLC and Big O Tire LLC ("the LLC Defendants") are limited liability companies. Although corporations are citizens of any state in which they are incorporated or have their principal place of business, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Moreover, "the party asserting diversity jurisdiction bears the burden of proof." *Kanter v. Warner-Lambert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001).

Defendant has not met this burden because he has failed to identify any members of the LLC Defendants, or clarify whether those members are citizens of different states

than the opposing party. It is therefore ordered that within ten (10) days of the date of this Order, Defendant must supplement his petition for removal with a document that identifies the state citizenships of each member of the LLC Defendants.

DATED THIS 31st day of May 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE